IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| **ALISA WALTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No: 3:25-cv-00535-S |
| | § | |
| **MICHAEL S. REAGAN,** | § | |
| Administrator, U.S. Environmental | § | |
| Protection Agency, | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR PLAINTIFF**

The undersigned attorney hereby enters his appearance as local counsel for Plaintiff in this case. The undersigned attorney resides within 50 miles of the Earle Cabell Federal Building in which this Court is located.

      Respectfully submitted,

      /s/ Donald E. Uloth
      Donald E. Uloth
      Law Office of Donald E. Uloth
      Texas Bar No. 20374200
      18208 Preston Rd. Suite D-9 # 261
      Dallas, Texas 75252
      Phone: (214) 989-4396
      Email: don.uloth@uloth.pro
      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      On March 24, 2025 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel of record by filing it with the court's electronic-filing system.

                                          /s/ Donald E. Uloth
                                          Donald E. Uloth