UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALISA WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-CV-00535-S |
| | ) |
| LEE ZELDIN[1], | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk of Court is respectfully requested to please withdraw the appearance of Angela K. St. Pierre, Esq., as counsel for plaintiff Alisa Walton in the above-captioned case. Plaintiff will continue to be represented by Robert C. Seldon, Esq., and Donald E. Uloth, Esq.

Respectfully submitted,

//s// Robert C. Seldon, Esq.
Robert C. Seldon, Esq., *pro hac vice*
 D.C. Bar No. 245100
Angela St. Pierre, Esq., *pro hac vice*
 D.C. Bar No. 90003026
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200
Counsel for Plaintiff

---

[1] Lee Zeldin is the Administrator of the U.S. Environmental Protection Agency and is automatically substituted as the defendant to this lawsuit under Federal Rule of Civil Procedure 25(d)(1).