# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ALISA WALTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0535-S |
| | § | |
| LEE ZELDIN, Administrator, U.S. | § | |
| Environmental Protection Agency | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Mark Gilbert
Gilbert Mediation Group
12801 N. Central Expressway
Suite 1400
Dallas, Texas 75243
(214) 303-4574
debbie@gmgtexas.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED May 9, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE