IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

| | |
|---|---|
| ALISA WALTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:25-cv-00535-S |
| LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, | |
| Defendant. | |

## CERTIFICATE OF INTERESTED PERSONS

I, Emily H. Owen, counsel for Defendant the United States of America, do hereby certify, pursuant to Local Rule 7.4 of the Northern District of Texas, that, other than the Plaintiff and her counsel, I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Dated: May 15, 2025

                              Respectfully submitted,

                              CHAD E. MEACHAM
                              ACTING UNITED STATES ATTORNEY

                              */s/ Emily H. Owen*
                              Emily H. Owen
                              Assistant United States Attorney
                              Texas State Bar No. 24116865
                              1100 Commerce Street, Third Floor
                              Dallas, Texas 75242
                              Telephone: 214-659-8605
                              Facsimile: 214-659-8811
                              emily.owen@usdoj.gov

                              *Attorneys for Defendant*

## Certificate of Service

     I hereby certify that on May 15, 2025, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, and I served all parties electronically or by another means authorized by Federal Rule of Civil Procedure 5(b)(2).

                              */s/ Emily H. Owen*
                              Emily H. Owen
                              Assistant United States Attorney