IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| ALISA WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>    Defendant. | Civil Action No. 3:25-cv-00535-S |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.12(b), the undersigned Assistant U.S. Attorney Andrea Hyatt substitutes as lead counsel of record for Defendant, replacing former Assistant U.S. Attorney Emily H. Owen.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney
Texas Bar No. 24007419
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Tel: 817.252.5230
Fax: 817.252.5458
Andrea.Hyatt@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

On June 10, 2025, I electronically filed the above Notice with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney