## United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ALISA WALTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0535-S |
| | § | |
| LEE ZELDIN, Administrator, U.S. | § | |
| Environmental Protection Agency | § | |

### ORDER

This Order addresses Plaintiff Alisa Walton's Opposed Motion for Leave to Amend Complaint ("Motion") [ECF No. 50]. The Court has reviewed and considered the Motion, Defendant Lee Zeldin, Administrator, U.S. Environmental Protection Agency's Response to the Motion [ECF No. 52], Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion [ECF No. 53], and the applicable law. For the following reasons, the Court **GRANTS** the Motion.

Federal Rule of Civil Procedure 15(a)(2) provides that "[t]he court should freely give leave [to amend the complaint] when justice so requires." While granting leave to amend is "by no means automatic," *Wimm v. Jack Eckerd Corp.*, 3 F.3d 137, 139 (5th Cir. 1993) (quoting *Addington v. Farmer's Elevator Mut. Ins. Co.*, 650 F.2d 663, 666 (5th Cir. 1981)), "pleading is [not] a game of skill in which one misstep by counsel may be decisive to the outcome," *Hall v. Nat'l Gypsum Co.*, 105 F.3d 225, 230 (5th Cir. 1997) (citation omitted). Here, the present Motion is Plaintiff's first request to amend since the case was transferred to this Court, and the Court does not find "undue delay, bad faith or dilatory motive on the part of [Plaintiff], repeated failure to cure deficiencies . . . , undue prejudice to [Defendant] . . . , [or] futility of amendment." *Carpenter v. Bos. Sci. Corp.*, No. 3:18-CV-02338-L, 2019 WL 3322091, at *9 (N.D. Tex. July 24, 2019) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Accordingly, the Court **GRANTS** the Motion. The Clerk is instructed to receive and file Plaintiff's Second Amended Complaint in the form as received with the Motion. *See* ECF No. 50-1.

As a result of this Order, the Court **TERMINATES AS MOOT** Defendant's Renewed Motion to Dismiss [ECF No. 47].

**SO ORDERED.**

SIGNED October 21, 2025.

**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**