UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALISA WALTON,                            ) | |
|                                          ) | |
|          Plaintiff,                      ) | |
|                                          ) | |
|     v.                                   ) | Case No. 3:25-CV-00535-S |
|                                          ) | |
| LEE ZELDIN,                              ) | |
|   Administrator, U.S. Environmental      ) | |
|   Protection Agency,                     ) | |
|                                          ) | |
|          Defendant.                      ) | |
|                                          ) | |

**DECLARATION OF ROBERT C. SELDON, ESQ.**

1.) I, Robert C. Seldon, Esq., plaintiff's lead counsel in this action, make this Declaration in support of plaintiff's Motion for reconsideration. Specifically, this Declaration confirms that the documents contained in the Appendix accompanying that Motion are true and correct copies of documents compiled in connection with and made parts of the record of defendant's investigation of plaintiff's administrative complaint of discrimination in accordance with regulations of the U.S. Equal Employment Opportunity Commission ("EEOC"), 29 C.F.R. § 1614.106(e)(2), and relevant provisions of EEOC Management Directive-110. .

2.) Two of those documents are defendant's Letters of Acceptance dated March 23, 2022, and May 23, 2022, advising plaintiff which of her claims would be accepted for investigation. Appendix at 3-6, 7-10. The latter Letter of Acceptance advised plaintiff that the accepted claims in plaintiff's original complaint and her amended administrative complaint were consolidated and would be investigated together as one administrative complaint. Appendix at 8.

3.) The document titled Investigative Report is a summary of the Report of Investigation ("ROI") conducted in accordance with EEOC Management Directive, Ch. V at 5-30,

*et seq.* Among other matters, the ROI identifies individuals including plaintiff who provided Affidavits during the investigation, summarizes their Affidavits and the roles they played in connection with plaintiff's original and amended complaint, and identifies documents compiled during the investigation. Appendix at 11-70.[1]

      4.)    The remaining documents in the Appendix are plaintiff's two Affidavits and Affidavits of certain, but not all, individuals involved in the actions that comprise plaintiff's claims both as described in the Letters of Acceptance and as expanded during the investigative process. Appendix 71-245.

I hereby declare that the foregoing Declaration
is true and correct to the best of my knowledge,
information, and belief.

*/s/ Robert C. Seldon*
_____
Robert C. Seldon, Esq

Executed on November 17, 2025.

---

[1] Bates Nos. starting with "000) at the bottom of pages of the Appendix were assigned by the agency during the administrative complaints and investigative processes. Pages marked with "App." before numbering in the lower right corner were assigned and referred to in Plaintiff's Motion to Reconsider and the Brief accompanying that Motion.