UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALISA WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-CV-00535-S |
| | ) |
| LEE ZELDIN, | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Reconsider, Defendant's Response thereto, and the entire record in this matter, it is hereby.

ORDERED that Plaintiff's Motion is GRANTED.

ORDERED that the Memorandum Opinion and Order issued by the U.S. District Court for the District of Columbia on February 18, 2025, in *Walton v. Zeldin*, Civ. Action No. 23-2213 [ECF #28 at 5-8; ECF #27], are hereby reconsidered and vacated, to the extent that they dismissed plaintiff's claims of retaliation claims asserted in Count II of the Amended Complaint by that District Court [ECF #20-1, ¶¶ 114-23], as amended in Plaintiff's Second Amended Complaint in this District [ECF #55, ¶¶ 114-23], on the ground that plaintiff did not exhaust her administrative remedies under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16(c).

SO ORDERED this ___ day of _____, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**