IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| ALISA WALTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:25-cv-00535-S |
| LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, | |
| Defendant. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.12(b), Mary M. (Marti) Cherry hereby enters a notice of substitution as counsel for Defendant Lee Zeldin in his official capacity as Administrator of the Environmental Protection Agency. Ms. Cherry is substituted in place of Andrea Hyatt. Ms. Cherry respectfully requests termination of Andrea Hyatt as counsel of record and service of all filings electronically through the Court's ECF system at her email address below, which is on file with the Court.

Notice of Substitution of Counsel - Page 1

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney
Texas Bar No. 24055299
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214–659–8600
Facsimile:    214–659–8807
E–mail:  mary.cherry@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On November 24, 2025, I electronically filed the above Notice with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney