# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALISA WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-CV-00535-S |
| | ) |
| LEE ZELDIN, | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Motion to Strike, Plaintiff's Response thereto, and the entire record in this matter, it is hereby.

ORDERED that Defendant's Motion is DENIED.

SO ORDERED this ___ day of _____, 2025.


**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**