UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALISA WALTON,            ) | |
|                          ) | |
|     Plaintiff,           ) | |
|                          ) | |
|     v.                   ) | Case No. 3:25-CV-00535-S |
|                          ) | |
| LEE ZELDIN,              ) | |
|   Administrator, U.S. Environmental ) | |
|   Protection Agency,     ) | |
|                          ) | |
|     Defendant.           ) | |
|                          ) | |

**NOTICE TO THE COURT**

Counsel for plaintiff respectfully advises the Court that earlier this evening, November 25, 2025, counsel emailed copies of Plaintiff's Brief in Opposition to Defendant's Second Renewed Motion to Dismiss [ECF #58] and proposed Order to Chambers, the Court's Emergency filing system, and defendant's counsel. The email itself gave an account of the inability of plaintiff's counsel to access the Court's electronic filing system this evening. Plaintiff's counsel or his office will contact the Clerk's Office when it opens in the morning and file the Brief and proposed Order in the Court's electronic system.

Respectfully submitted,

*//s//* Robert C. Seldon, Esq.
Robert C. Seldon, Esq., *pro hac vice*
 D.C. Bar No. 245100
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200