# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ALISA WALTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 3:25-CV-00535-S |
| | ) |
| **LEE ZELDIN,** | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Second Renewed Motion to Dismiss, Plaintiff's Response thereto, and the entire record in this matter, it is hereby.

ORDERED that Defendant's Motion is DENIED.


SO ORDERED this ___ day of _____, 2025.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**KAREN GREN SCHOLER**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**