IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| ALISA WALTON, <br><br> Plaintiff, <br><br> v. <br><br> LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, <br><br> Defendant. | Civil Action No. 3:25-cv-00535-S |

## UNOPPOSED MOTION FOR LEAVE TO FILE A COMBINED BRIEF

Defendants move for leave to file a combined brief. Defendant filed an earlier motion to dismiss for failure to exhaust administrative remedies in the United States District Court for the District of Columbia, and the D.C. Court dismissed all but two events of alleged discrimination and retaliation. (Doc. 28.) Walton moves for reconsideration of the D.C. Court's opinion, which is pending before the Court. (Doc. 60.) Defendant also filed a second renewed motion to dismiss to dismiss the remaining claims, which is pending before the Court. (Doc. 58.)

Rather than file two briefs, Defendant moves for leave to file a combined reply and response brief, specifically a response to Plaintiff's motion for reconsideration (Doc. 60) and a reply to the second renewed motion to dismiss (Doc. 58.)

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

Mary M. (Marti) Cherry
Assistant United States Attorney
Texas Bar No. 24055299
1100 Commerce Street, Third Floor
Dallas, TX  75242
Telephone:   214-659-8600
Facsimile:   214-659-8807
E-mail:  mary.cherry@usdoj.gov

*Attorneys for Defendant*

Certificate of Conference

Counsel for Defendant conferred with Plaintiff regarding the relief requested, and Plaintiff advised that he is unopposed to Defendants' motion for leave to file a combined brief.

/s/ *Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney

Certificate of Service

On December 8, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney