UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALISA WALTON,  )  )  Plaintiff,  )  )  v.  )  )  LEE ZELDIN,  )   Administrator, U.S. Environmental  )   Protection Agency,  )  )  Defendant.  )  ) | Case No. 3:25-CV-00535-S |

**PLAINTIFF'S UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7.1.f. of the Local Rules of this Court, and Rule 6, Fed. R. Civ. P., for a two-day extension of time to file the Reply in Support of Plaintiff's Motion to Reconsider.

If granted, plaintiff's Reply would be extended by two days until December 24, 2025.

The grounds in support of this Motion are as follows:

1.)    Plaintiff filed her Motion to Reconsider on November 17, 2025.  ECF #60. Defendant filed its Brief in Opposition to plaintiff's Motion yesterday, December 8, 2025.  ECF #66-1.

2.)    After plaintiff filed her Motion to Reconsider, the Merits Hearing Officer in a case before the Office of Congressional Workplace Rights, *Rexroat v. Architect of the Capitol,* Case Number 24-AC-13 (CV, DA, AG, FL, RP), unexpectedly issued a decision in a long-pending discovery dispute.  Counsel for plaintiff here represents the claimant *Rexroat.*

3.) In keeping with policy of the Office of Congressional Workplace Rights, which administers the Congressional Accountability Act, 2 U.S.C. §§ 1301, *et seq*., the Merits Hearing Officer's decision ordered the parties to commence depositions this week,. One or more depositions will be taken next week, and remaining depositions are being scheduled for the first week of January, 2026.

4.) Before having reason to know that depositions in *Rexroat* would begin this week and continue next week, plaintiff's counsel had made plans to travel before the upcoming holiday from December 18, 2025, through December 21, 2025.

5.) The combination of these two occurrences, as well as other responsibilities of plaintiff's counsel in other cases, has left plaintiff's counsel with insufficient time to file the Reply in Support of Plaintiff's Motion to Reconsider by the current due date, which without a two-day extension falls on December 22, 2025.

Accordingly, for the foregoing reasons, plaintiff respectfully seeks an enlargement of time until December 24, 2025, to file the Reply in Support of Plaintiff's Motion to Reconsider.

A proposed Order has been submitted with this Motion.

Respectfully submitted,

*//s//* Robert C. Seldon, Esq.
Robert C. Seldon, Esq., *pro hac vice*
 D.C. Bar No. 245100
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200
Counsel for Plaintiff
rcs@sba-pc.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 8, 2025, I conferred about this Motion with Assistant United States Attorney Mary Cherry, counsel for defendant, in a telephone conference and was advised that it will not be opposed.

*//s//* Robert C. Seldon, Esq.
Robert C. Seldon, Esq., *pro hac vice*
