**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ALISA WALTON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:25-CV-00535-S** |
| | ) | |
| LEE ZELDIN, | ) | |
| Administrator, U.S. Environmental | ) | |
| Protection Agency, | ) | |
| | ) | |
| **Defendant.** | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

## ORDER

Upon consideration of Plaintiff's unopposed Motion for a Two-Day Extension of Time to File Reply in Support of Plaintiff's Motion to Reconsider, defendant's consent, and the entire record in this matter, it is hereby.

ORDERED that Plaintiff's Motion is GRANTED.

ORDERED that the Reply in Support of Plaintiff's Motion to Reconsider shall be filed no later than December 24, 2025.

SO ORDERED this ___ day of _____, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**