IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

ALISA WALTON,

    Plaintiff,

v.

LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,

Defendant.

Civil Action No. 3:25-cv-00535-S

## ORDER

Pending before the Court is Defendant's Second Unopposed Motion for Leave to File a Combined Brief. Having considered the motion, the Court hereby

ORDERs that Defendant's Second Unopposed Motion for Leave to File a Combined Brief is GRANTED. The Court further

ORDERS that the clerk file Defendant's Response to Plaintiff's Amended Motion for Reconsideration and Reply to Defendant's Second Renewed Motion to Dismiss.

**SO ORDERED.**

SIGNED _____ 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

Order – Solo Page