IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| ALISA WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 3:25-cv-00535-S |

## DEFENDANT'S MOTION TO QUASH, STAY, AND MODIFY SCHEDULE

Pending before the Court is Defendant's Motion to Quash, Stay, and Modify Schedule. Having considered the motion, the Court hereby

ORERS that Defendant's motion to quash discovery requests, including depositions, is hereby GRANTED. The Court further

ORDERS that Defendant's motion to stay unexpired deadlines is GRANTED. The Court further

ORDERS that Defendant's motion to modify the schedule is GRANTED. The schedule will be modified after a ruling on the parties' pending second renewed motion to dismiss (Doc. 58) and motion for reconsideration. (Doc. 60.)

**SO ORDERED.**

SIGNED _____ 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE