# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ALISA WALTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:25-CV-00535-S |
| | ) |
| **LEE ZELDIN,** | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Motion to Quash, Stay, and Modify Schedule, Plaintiff's Response thereto, and the entire record in this matter, it is hereby.

ORDERED that Defendant's Motion is DENIED.

FURTHER ORDERED that all deadlines in the Court's Scheduling Order of May 9, 2025 [ECF #43] shall remain in effect.


SO ORDERED this ___ day of _____, 2025.


---

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**