# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ALISA WALTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0535-S |
| | § | |
| LEE ZELDIN, Administrator, U.S. Environmental Protection Agency | § § | |

### ORDER

Before the Court is Defendant Lee Zeldin's Motion to Quash, Stay, and Modify Schedule ("Motion") [ECF No. 74]. Having considered the Motion and Plaintiff Alisa Walton's Response to the Motion [ECF No. 76], the Court **GRANTS IN PART** the Motion.

"The district court has 'broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined.'" *Fujita v. United States*, 416 F. App'x 400, 402 (5th Cir. 2011) (quoting *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987)). "For example, under Federal Rule of Civil Procedure 26(c), the court may stay discovery for 'good cause,' such as a finding that further discovery will impose undue burden or expense without aiding the resolution of the dispositive motions." *Id.* (citation omitted). In this case, the Court finds that good cause exists to stay discovery. It is therefore **ORDERED** that discovery is stayed until the Court rules on Defendant's pending motion to dismiss and Plaintiff's pending motion for reconsideration. *See* ECF No. 58, 60. This order is without prejudice to either party seeking a continuance of any deadline after the Court rules on the pending motions.

**SO ORDERED.**

SIGNED December 22, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**