IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

ALISA WALTON,

     Plaintiff,

v.

LEE ZELDIN, Administrator, U.S.
Environmental Protection Agency,

Defendant.

Civil Action No. 3:25-cv-00535-S

## ORDER

Pending before the Court is Plaintiff Alisa Walton and Defendant Lee Zeldin's

Joint Motion to Modify the Schedule.  Having considered the motion, the Court

ORDERS that the parties' Joint Motion to Modify the Schedule is GRANTED.

The Court modifies the schedule as follows:

- November 19, 2026    Disclosure of experts for the party with the burden of proof;

- December 11, 2026    Disclosure of opposing experts

- January 8, 2027    Disclosure of rebuttal experts

- February 26, 2027    Discovery closes; discovery requests must be commenced in time to permit responses by this date;

- March 12, 2027    All dispositive motions, including any objections to expert testimony. This deadline must be at least 120 days before trial. Parties may not alter by agreement this deadline for dispositive motions or motions to strike expert testimony

- August 3, 2027    Trial

Order – Page 1

**SO ORDERED.**

SIGNED _____ 2026.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE