IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

ALISA WALTON,

     Plaintiff,

v.

LEE ZELDIN, Administrator, U.S.
Environmental Protection Agency,

Defendant.

Civil Action No. 3:25-cv-00535-S

## JOINT MOTION TO MODIFY MEDIATION DATE

On May 15, 2026, the Court issued an Amended Order Referring Case to Mediation on June 16, 2026 before Randy Mathis. (Doc. 84.) Unfortunately, the parties are unavailable June 16, 2026 and move the Court to modify the date of the mediation to June 22, 2026. The parties and the mediator have set aside this date if the Court grants this motion to modify the mediation date.

Dated: May 27, 2026

Respectfully submitted,

RYAN RAYBOULD
United States Attorney

*s/ Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney
Texas Bar No. 24055299
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, TX  76102-6882
Telephone:   817-252-5200
Facsimile:   8147-252-5458
E-mail:  mary.cherry@usdoj.gov

*Attorneys for Defendant*

*s/ Robert C Seldon*
Robert C Seldon
Seldon Bofinger & Associates PC
1319 F Street NW
Suite 200
Washington, DC 20004
202-393-8200
Fax: 202-318-2287
Email: rcs@sba-pc.com

Donald E Uloth
Law Office of Donald E Uloth
18208 Preston Road, Suite D-9 # 261
Dallas, TX 75252
214-989-4396
Fax: 972-777-6951
Email: don.uloth@uloth.pro
***Attorneys for Plaintiff***

**Joint Motion to Modify Mediation Date – Page 2**

<u>Certificate of Service</u>

I hereby certify that on this 27th day of May 2026, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, and I served all parties electronically or by another means authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>s/ <em>Mary M. (Marti) Cherry</em></u>
Mary M. (Marti) Cherry
Assistant United States Attorney
