IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

ALISA WALTON,

      Plaintiff,

v.

LEE ZELDIN, Administrator, U.S.
Environmental Protection Agency,

Defendant.

Civil Action No. 3:25-cv-00535-S

## ORDER

      Pending before the Court is Plaintiff Alisa Walton and Defendant Lee Zeldin's

Joint Motion to Modify the Mediation Date.  Having considered the motion, the Court

ORDERS that the parties' Joint Motion to Modify the Mediation Date is

GRANTED.  The Court further

ORDERS that the parties shall mediate on June 22, 2026.

**SO ORDERED.**

SIGNED _____ 2026.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

**Order – Page 1**