# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ALISA WALTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0535-S |
| | § | |
| LEE ZELDIN, Administrator, U.S. | § | |
| Environmental Protection Agency | § | |

## SECOND AMENDED ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Randy Mathis
Gilbert Mediation Group
12801 N. Central Expressway
Suite 1400
Dallas, Texas 75243
(214) 303-4520
raeshaan@gmgtexas.com

Mediation shall be in person or by videoconference **as the Mediator deems appropriate.** The mediation shall take place on **June 22, 2026.** The Mediator may alter the time, place, or manner of the mediation without leave of court.

Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED May 29, 2026.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE